No A–623.  ROBERGE *v.* HOQUIAM SCHOOL DISTRICT No. 28 ET AL.  C. A. 9th Cir.  Application for extension of time within which to file petition for writ of certiorari, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–722.  JONES *v.* HALL, CORRECTION COMMISSIONER, ET AL.  Application for writ of habeas corpus, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–729.  ESCALANTE ET AL. *v.* BRISCOE, GOVERNOR OF TEXAS, ET AL.  Application for stay of judgment of the United States District Court for the Western District of Texas and for an order to extend filing deadline for candidacy for state representative to the Texas State Legislature, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.